# ELECTRONIC RECORD

COA #14-13-00263-CR

OFFENSE: Capital Murder

STYLE: Christopher Lamont Penn v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: 185th District Court

DATE: September 16, 2014    Publish: No

TC CASE #:1345118

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Christopher Lamont Penn v The State of Texas

CCA # _____

_____PRO SE_____          Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: ___03/18/2015___

JUDGE: ___Per Curiam___

CCA Disposition: __1574-14__

DATE: _____

JUDGE: _____

SIGNED: _____          PC: _____

PUBLISH: _____          DNP: _____

-----------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**